# United States District Court
# Central District of California

**UNITED STATES OF AMERICA vs.**  Docket No.  **CR 12-788-GW**  MADE JS-3

**Defendant** Wazana Brothers International, Inc.  Social Security No. N O N E
akas: _____  (Last 4 digits)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 03 | 11 | 2013 |

**COUNSEL**  **Peter A. Schey, Retained**
(Name of Counsel)

**PLEA** ☑ **GUILTY,** and the court being satisfied that there is a factual basis for the plea. ☐ **NOLO CONTENDERE** ☐ **NOT GUILTY**

**FINDING** There being a finding/verdict of **GUILTY,** defendant has been convicted as charged of the offense(s) of:
**8 U.S.C. § 1324a(a)(2),(f)(1) CONTINUING EMPLOYMENT OF UNAUTHORIZED ALIENS as charged in the Information.**

**JUDGMENT AND PROB/ COMM ORDER** The Court asked whether defendant had anything to say why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby placed on probation for a term of: **Three (3) years.**

It is ordered that the defendant shall pay to the United States a special assessment of $50, which is due immediately to the Clerk of the Court.

It is ordered that the defendant shall pay to the United States a total fine of $55,000, which shall bear interest as provided by law. The fine shall be paid in full immediately.

The defendant shall comply with General Order No. 01-05.

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Wazana Brothers International, Inc., is hereby placed on probation on the Single-Count Information for a term of three years under the following terms and conditions:

1. Defendant shall comply with the rules and regulations of the United States Probation Office and General Order 318, including, but not limited to, the condition that defendant shall not commit another federal, state or local crime;

2. During the period of community supervision the defendant shall pay the special assessment and fine in accordance with this judgment's orders pertaining to such payment;

3. Defendant shall notify its officers, Human Resource employees, and any managers involved in the hiring and/or termination of employees of its criminal behavior and remedial actions, by providing them copies of the Exhibit A (Statement of Facts) and the Exhibit C (Compliance and Monitoring Program) (CMP) of the Plea Agreement. Defendant shall conduct training for these employees regarding the scope of Defendant's responsibilities and polices relating to I-9 compliance as detailed in the plea agreement;

4. The defendant shall also post, in area frequented by and visible to its employees, copies of the

      Employee Disclosure Statement which was attached to the plea agreement as Exhibit C;

5. Defendant shall implement and continuously maintain the CMP;

6. Every six months, the defendant shall provide to the U.S. Attorney's Office, the Department of Homeland Security, and the Probation Office reports in which it describes the defendant's progress in implementing the CMP set forth in Exhibit C;

7. Legal counsel and the person in charge of Defendant's Human Resources Department shall, at the request of the U.S. Attorney's Office, the Department of Homeland Security, and the Probation Office, promptly meet with representatives from U.S. Attorney's Office, the Department of Homeland Security, and the Probation Office to review Defendant's compliance with the CMP. At any requested meetings, Defendant shall produce for inspection copies of any documents requested relative to Defendant's compliance with the CMP or 8 U.S.C. § 1324a(b) and 8 C.F.R. § 274.2;

8. Defendant shall retain the services of ADP to operate its Form I-9 program and shall continue to retain the services of ADP to perform these services for the period of probation unless Defendant, the Probation Officer, the U.S. Attorney's Office, and the Department of Homeland Security, U.S. Immigration and Customs Enforcement mutually agree in writing that Defendant may use an alternative service to meet its I-9 obligations;

9. Defendant shall notify the U.S. Attorney's Office and the Probation Office immediately upon learning of the commencement or any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against defendant, or any investigation or formal inquiry by government authorities regarding defendant; and

10. Defendant shall submit to (A) a reasonable number of regular or unannounced examinations of its Forms I-9 and related documents at its business premises, including any premises in the United States, by the Probation Office and/or the Department of Homeland Security and (B) appropriate questioning of knowledgeable individuals within the organization concerning the Forms I-9 and compliance procedures.

The Court advises defendant of its rights to an appeal.

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed.  The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

| | |
|---|---|
| March 13, 2013 | *George H. Wu* |
| Date | GEORGE H. WU, U. S. District Judge |

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

| | | |
|---|---|---|
| March 13, 2013 | By | /S/ Javier Gonzalez |
| Filed Date | | Deputy Clerk |

| USA vs. | Wazana Brothers International, Inc. | Docket No.: | **CR 12-788-GW** |
|---|---|---|---|

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

## STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____
Defendant noted on appeal on _____
Defendant released on _____
Mandate issued on _____
Defendant's appeal determined on _____
Defendant delivered on _____ to _____
   at _____
the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

_____     _____
Date                        Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

By _____

Filed Date

Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____

Defendant

Date

_____

U. S. Probation Officer/Designated Witness

Date